IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| ALEXANDER O'BRIAN WILLIAMS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | 1:05CV867 |
| v. | ) | 1:00CR287-1 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## J-U-D-G-M-E-N-T

On October 3, 2005, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. 636(b). No objections were received by the court within the time prescribed by the statute.

The court hereby adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED AND ADJUDGED** that, considered as a motion for reduction of sentence under 18 U.S.C. § 3582(c)(2), this motion be **DENIED**, and considered as a motion to vacate sentence under 28 U.S.C. § 2255, this motion (docket no.1) be **DISMISSED** without prejudice for failure to obtain certification for this § 2255 application by filing a Motion for Authorization in the court of appeals.

_____
UNITED STATES DISTRICT JUDGE

DATE: October 27, 2005